LILLIAN CARTER, PETITIONER-PETITIONER, v. SINGER MANUFACTURING COMPANY, RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Joseph Butt* for the petitioner.

*Messrs. Minard, Cooper, Gaffey & Webb* for the respondent.

October 31, 1955. ▮

HALL LIQUOR CO., PETITIONER-PETITIONER, v. DIVISION OF ALCOHOLIC BEVERAGE CONTROL, *ET AL.*, RESPONDENTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Robert C. Gruhin* for the petitioner.

*Mr. Grover C. Richman, Jr.*, Attorney-General, and *Mr. Samuel B. Helfand*, Deputy Attorney-General, for the respondents.

October 31, 1955. ▮

PETER MICHALSKY, PETITIONER, v. BOARD OF REVIEW, RESPONDENT.

On petition for certification to Superior Court.

*Mr. Peter Michalsky, in propria persona*, for the petitioner.

October 31, 1955. ▮